# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   CARLA S PRATHER                                Case No.: 11-01382

          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/14/2011.

2) This case was confirmed on 03/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/14/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/09/2011, 05/24/2012.

5) The case was converted on 06/12/2012.

6) Number of months from filing to the last payment: 14

7) Number of months case was pending: 18

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $     3,905.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 2,500.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 2,500.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,859.09 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 166.91 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 2,026.00 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO DEPT | UNSECURED | 1,572.40 | 1,914.00 | 1,914.00 | .00 | .00 |
| ISAC | UNSECURED | 7,498.00 | 25,080.16 | 25,080.16 | .00 | .00 |
| BUDS AMBULANCE SERVI | UNSECURED | 1,135.00 | 1,135.00 | 1,135.00 | .00 | .00 |
| ACCOUNTS RECOVERY BU | UNSECURED | 597.11 | 736.59 | 736.59 | .00 | .00 |
| LIGHTYEAR ALLIANCE | UNSECURED | 303.63 | 303.63 | 303.63 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 5,850.00 | 6,575.00 | 6,575.00 | 100.00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 1,700.00 | 4,508.09 | 4,508.09 | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 472.00 | 472.40 | 472.40 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 589.94 | 579.76 | 579.76 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 350.00 | 350.00 | .00 | .00 |
| ADVOCATE HEALTH CTR | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| ALABAMA STATE UNIVER | UNSECURED | 1,852.04 | NA | NA | .00 | .00 |
| ALBERT SPEISMAN & AS | UNSECURED | 3,519.55 | NA | NA | .00 | .00 |
| ALL KIDS & FAMILY CA | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| AMERICAN FINANCIAL C | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| AMERICAN FINANCIAL C | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 859.00 | 859.01 | 859.01 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 589.67 | NA | NA | .00 | .00 |
| CHARTER ONE | UNSECURED | 215.73 | NA | NA | .00 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| SOUND & SPIRIT CLUB | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| BLUE CROSS BLUE SHIE | UNSECURED | 22.50 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 4,784.38 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CCSI | UNSECURED | 13.00 | NA | NA | .00 | .00 |
| CHARLES AMENTA | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| COMMUNITY HEALTHCARE | UNSECURED | 486.51 | NA | NA | .00 | .00 |
| CONSULTANT IN PATHOL | UNSECURED | 58.50 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 613.00 | NA | NA | .00 | .00 |
| ECHO | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| NEUROLOGY SPECIALIST | UNSECURED | 214.00 | NA | NA | .00 | .00 |
| E PALOYAN MD SC ASSO | UNSECURED | 1,112.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE HEALT | UNSECURED | 209.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | 1,293.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 1,279.82 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 7,498.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 7,057.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 2,498.00 | NA | NA | .00 | .00 |
| IVANHOE DENTAL GROUP | UNSECURED | 42.80 | NA | NA | .00 | .00 |
| JACKSON HEWITT | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| PATIENTS 1ST ER MED | UNSECURED | 330.00 | 330.00 | 330.00 | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 78.94 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| MUNSTER MEDICAL RESE | UNSECURED | 487.00 | NA | NA | .00 | .00 |
| BECKER DENTAL COMPAN | UNSECURED | 126.00 | NA | NA | .00 | .00 |
| MUNSTER RADIOLOGY GR | UNSECURED | 34.00 | 34.00 | 34.00 | .00 | .00 |
| NATIONAL LOUIS UNIVE | UNSECURED | 1,005.00 | 1,005.00 | 1,005.00 | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 731.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 2,974.00 | 2,973.61 | 2,973.61 | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 414.00 | NA | NA | .00 | .00 |
| QUIST LORI LAW OFFIC | UNSECURED | 5,500.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 224.00 | NA | NA | .00 | .00 |
| RICHARD P KOMYATTE & | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 4,698.42 | NA | NA | .00 | .00 |
| SOUTHWEST LABORATORY | UNSECURED | 421.20 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 226.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 694.00 | NA | NA | .00 | .00 |
| TRINITY LUTHERAN SCH | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| TRS RECOVERY SERVICE | UNSECURED | 316.91 | NA | NA | .00 | .00 |
| UNIVERSITY OF KENTUC | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 10.70 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELL GROUP HEALTH PA | UNSECURED | 387.10 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 85.30 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| ASHLEY FUNDING | UNSECURED | 761.00 | 761.00 | 761.00 | .00 | .00 |
| TOTAL CARD | UNSECURED | 414.00 | NA | NA | .00 | .00 |
| MIKE BUDER & ASSOCIA | OTHER | .00 | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 374.00 | 374.00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 97.68 | 97.68 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 65.60 | 65.60 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 6,575.00 | 100.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 6,575.00 | 100.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 471.68 | 374.00 | .00 |
| **TOTAL PRIORITY:** | 471.68 | 374.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 41,107.85 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,026.00 |
| Disbursements to Creditors | $ | 474.00 |
| **TOTAL DISBURSEMENTS:** | $ | 2,500.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   07/18/2012                             /s/ Tom Vaughn
                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**